UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN SHOWCASE HOMES, INC.<br><br>         Plaintiff,<br><br>vs.<br><br>FUQUA HOMES, INC.<br><br>         Defendant. | District No.    2:09 CV 2341 GMN RJJ |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 18, 2011, this court received a transcript order form dated January 18, 2011 requesting a Transcript of the hearing held on January 6, 2011, from Mr. James D. Boyle, counsel for Plaintiff Western Showcase Homes, Inc., in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 25th day of January, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge