✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                        Nevada

Western Showcase Homes Inc

DEFAULT

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Fuqua Homes Inc

Case Number:  2:09-CV-2341 GMN-RJJ

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

The Court enters Default Judgment and awards damages in favor of WSH as follows:  Breach of contract in the amount of $78,061.85. Breach of the covenant of good faith and fair dealing in the amount of $80,255.66. Intentional interference with contractual relations in the amount of $34,549.16. Attorneys' fees in the amount of $48,438.00. Costs in the amount of $2,443.73. Prejudgment interest in the amount of $6,865.16.

July 13, 2011                                    /s/ Lance S. Wilson

—————————————                    ———————————————————
Date                                                    Clerk

                                                        /s/ Eileen Sterba
                                                        ———————————————————
                                                        (By) Deputy Clerk